IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 5:11-cv-66

| | |
|---|---|
| TASSEL RIDGE WINERY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WOODMILL WINERY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Parties' Joint Motion for Permanent Injunction (Doc. 39) and Consent Decree of Permanent Injunction (Doc. 39-1) filed on December 13, 2013.

And it appearing to the Court that all matters in issue in this case have been resolved as between the parties and the said Permanent Injunction and Consent Decree having been entered, **IT IS HEREBY ORDERED** that the Parties' Joint Motion for Permanent Injunction is **GRANTED** and the proposed Consent Decree of Permanent Injunction is **ADOPTED** by the Court.

This matter is hereby terminated of record

Signed: December 23, 2013

Richard L. Voorhees
United States District Judge